UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUROFINSA, S.A., Plaintiff, -against- GABONESE REPUBLIC, Defendant. | 25-mc-287 (AS) ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Petitioner is ordered to serve a copy of their motion for leave to serve a restraining notice on Gabon and BNY Mellon on or before November 13, 2026. Plaintiff is further ordered to file proof of service on the docket on or before November 16, 2026. Should plaintiff be unable to effectuate service on Gabon in the time provided, it may submit a letter explaining why it needs additional time.

SO ORDERED.

Dated: November 10, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge